CLYDE CHANDLER v. THE STATE.

No. 6250.    Decided May 11, 1921.

**Intoxicating Liquors—Accomplice Testimony—Charge of Court.**

Upon trial of selling intoxicating liquors, the court should have submitted a requested charge on accomplice testimony, and the refusal of same is reversible error. Following Robert v. State, 88 Texas Crim. Rep., 488.

Appeal from the District Court of Kaufman. Tried below before the Honorable Joel R. Bond.

Appeal from a conviction of the unlawful sale of intoxicating liquors; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

*Wynne & Wynne, Miller & Miller,* and *Ross Huffmaster,* for appellant.

*R. H. Hamilton,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Appellant was convicted for selling intoxicating liquor to one J. M. Peel.

A requested charge on accomplice testimony was refused. The facts made it necessary to give such charge under the case, Robert v. State, 88 Texas Crim. Rep., 488, 288 S. W. Rep., 230, and many since following it. However, none of these had been delivered when this case was tried.

For the error in not giving the requested charge, the judgment must be reversed, and the cause remanded.

*Reversed and remanded.*